UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CALVIN BURKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:14CV2107 RLW |
| ) | |
| ST. LOUIS CITY JAILS, et al., ) | |
| ) | |
| Defendant, ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for leave to proceed in forma pauperis on appeal. The Court denies the motion because plaintiff has three strikes under 28 U.S.C. § 1915(g). See Mem. and Order dated January 12, 2015.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis on appeal [ECF No. 9] is **DENIED**

Dated this 10th Day of February, 2015.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE