UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CALVIN BURKE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:14CV2107 RLW |
| ST. LOUIS CITY JAILS, et al., | ) ) ) |
| Defendants, | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on the limited remand from the Court of Appeals to determine whether plaintiff adequately alleged imminent danger at the time he filed his amended complaint. Having reviewed the amended complaint, the Court finds that plaintiff's allegations show he was in imminent danger. Plaintiff alleged that he was being denied adequate nutrition, and he alleged that he suffered rapid weight loss and sickness as a result. Therefore, the Court finds that plaintiff should be allowed to proceed in forma pauperis in these proceedings.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to submit a certified copy of this Order to the Court of Appeals for the Eighth Circuit.

Dated this 27th day of May, 2015.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE