# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CALVIN BURKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:14CV2107 RLW |
| ) | |
| ST. LOUIS CITY JAILS, et al., ) | |
| ) | |
| Defendants, ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for injunctive relief and amended motion for injunctive relief. The motions are denied.

To determine whether preliminary injunctive relief is warranted, the Court must balance threat of irreparable harm to movant, the potential harm to nonmoving party should injunction issue, the likelihood of success on merits, and the public interest. *Dataphase Sys. v. CL Sys.*, 640 F.2d 109, 113-14 (8th Cir. 1981) (en banc).

Plaintiff says that defendant Ruckner made a series of threats to him, which made him feel unsafe. Plaintiff requests the Court to intervene and protect him from harm. These allegations, however, do not demonstrate the threat of irreparable harm or the likelihood of success. Moreover, the public interest

prohibits the federal courts from interfering with state prison operations absent extraordinary justification. Therefore, the motions are denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motions for injunctive relief [ECF Nos. 3, 5] are **DENIED**.

Dated this 2nd day of September, 2015.

*Ronnie L. White*
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE