UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CALVIN BURKE, )
)
    Plaintiff, )
)
v. ) No. 4:14CV2107 RLW
)
ST. LOUIS CITY JAILS, et al., )
)
    Defendants, )

## MEMORANDUM AND ORDER

Plaintiff moves to certify class under Rule 23 of the Federal Rules of Civil Procedure. The motion is denied.

Pro se parties may not bring class action suits in the federal courts. Under Rule 23(a)(4), a class representative must "fairly and adequately protect the interests of the class." Plaintiff is not qualified to do so. Additionally, a litigant may bring his own claims to federal court without counsel, but not the claims of others. *See* 28 U.S.C. § 1654; *see also* 7A Wright, Miller & Kane, Federal Practice and Procedure: Civil 3d § 1769.1 ("class representatives cannot appear pro se.").

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to certify class [ECF No. 36] is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk is directed to docket plaintiff's proposed second amended complaint [ECF No. 36-4].

Dated this 15th day of September, 2015.

                                            RONNIE L. WHITE
                                            UNITED STATES DISTRICT JUDGE