UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CALVIN BURKE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:14CV2107 RLW |
| ST. LOUIS CITY JAILS, et al., | ) ) ) |
| Defendants, | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's motion for an order directing the Missouri Department of Corrections to deduct the Court's filing fees from his prison account in accordance with 28 U.S.C. § 1915(b)(2). He claims that the Department is deducting forty percent of his funds when his account exceeds ten dollars, whereas the statute requires that the Department deduct only twenty percent.

Plaintiff has not submitted a copy of his prison account statement. Therefore, the Court cannot determine the accuracy of his claim, and the motion is denied without prejudice. If plaintiff wishes to present this issue to the Court in a future motion, he must submit a copy of his account statement.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for inmate funds [ECF No. 56] is **DENIED** without prejudice.

Dated this 10th day of November, 2015.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE