UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CALVIN BURKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:14CV2107 RLW |
| | ) |
| ST. LOUIS CITY JAILS, et al., | ) |
| | ) |
| Defendants, | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. Plaintiff has not provided the correct first or last name for defendant Captain Unknown Irving. The Court cannot effectuate service without this information.

Therefore,

**IT IS HEREBY ORDERED** that, no later than **December 28, 2015**, plaintiff must inform the Court of Captain Unknown Irving's correct name. If plaintiff fails to provide the Court with this information, the Court will dismiss Captain Unknown Irving without prejudice.

Dated this 24th day of November, 2015.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE