UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CALVIN BURKE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:14CV2107 RLW |
| ST. LOUIS CITY JAILS, et al., | ) ) ) |
| Defendants, | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. On December 14, 2015, summons was returned as executed on defendant Carlton Prince. The summons was sent to his former employer, A'viands, LLC. An office coordinator there apparently accepted the summons from the U.S. Marshal's Office. A'viands, however, has notified the Court that it does not have a legal relationship with Prince and cannot, therefore, accept service on his behalf. *See* Fed. R. Civ. P. 4(e). As a result, the summons was not properly executed.

A'viands has provided the Court with Prince's last known residential address. The Court will instruct the Clerk to attempt service on Prince at that address.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to serve process on defendant Carlton Prince at his last known residential address. The summons must be filed under seal.

Dated this 17th day of February, 2016.

_____
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE