UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CALVIN BURKE, | ) |
| | ) |
| Plaintiff, | ) No. 4:14-CV-2107 RLW |
| | ) |
| v. | ) |
| | ) |
| ST. LOUIS CITY JAILS, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the court on Defendants' Motion to Determine the Sufficiency of Plaintiff's Reply to Request for Admissions (ECF No. 94). Federal Rule of Civil Procedure 36(a)(4) provides:

> If a matter [in a request for admissions] is not admitted, the answer must specifically deny it or state in detail why the answering party cannot truthfully admit or deny it. A denial must fairly respond to the substance of the matter; and when good faith requires that a party qualify an answer or deny only a part of a matter, the answer must specify the part admitted and qualify or deny the rest. The answering party may assert lack of knowledge or information as a reason for failing to admit or deny only if the party states that it has made reasonable inquiry and that the information it knows or can readily obtain is insufficient to enable it to admit or deny.

Here, Plaintiff denied Requests for Admissions numbers 5, 8, 10, and 11, without any explanation.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Determine the Sufficiency of Plaintiff's Reply to Request for Admissions (ECF No. 94) is **GRANTED**. Plaintiff shall respond to Requests for Admissions numbers 5, 8, 10, and 11 in accordance with Fed. R. Civ. P. 36(a)(1) no later than **August 12, 2016**.

Dated this 1st day of ~~July~~ August, 2016.

                                                                          *Ronnie L. White*
                                                                          _____
                                                                          **RONNIE L. WHITE**
                                                                          **UNITED STATES DISTRICT JUDGE**